UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| **NATHANIEL SHAW,** } | |
| } | |
| Plaintiff, } | |
| } | |
| v. } | Case No.:  7:14-cv-00389 |
| } | |
| **HUGH M. HOOD, et al.,** } | |
| } | |
| Defendants. } | |

## ORDER

The Magistrate Judge entered a Report and Recommendation (Doc. # 8) on July 1, 2014, recommending that certain of Plaintiff's claims be dismissed.  On August 18, 2014, Petitioner filed objections to the Magistrate Judge's Report and Recommendation.  (Doc. # 12).  After careful consideration of the record in this case, the Magistrate Judge's Report and Recommendation, and Petitioner's objections thereto, the court **ADOPTS** and **APPROVES** the findings and recommendation of the Magistrate Judge as the findings and conclusions of the court.

Accordingly, Petitioner's Eighth Amendment medical care claims against the Department of Veteran's Affairs, the Alabama Department of Corrections Health Services Division and Associate Director Ruth Naglich are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915A(b)(1) and (2).  Likewise, Petitioner's request for preliminary injunctive relief is also **DENIED**.  The Eighth Amendment medical care claims against Corizon Health, Inc. Hugh M. Hood, Dr. James Whitley, and Georgia Miller are **REFERRED** to the Magistrate Judge for further proceedings.  Furthermore, the court **DIRECTS** the Magistrate Judge to address the arguments presented in Petitioner's Motion to Amend Complaint (Doc. # 7).

**DONE** and **ORDERED** this October 14, 2014.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE