UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| **NATHANIEL SHAW,** | } |
| **Plaintiff,** | } |
| v. | } Case No.: 7:14-cv-389-RDP-JEO |
| **HUGH M. HOOD, et al.,** | } |
| **Defendants.** | } |

## MEMORANDUM OPINION

On January 4, 2017, the Magistrate Judge's Report and Recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the Magistrate Judge. On January 20, 2017, Petitioner filed objections to the Magistrate Judge's Report and Recommendation (Doc. # 61).

After careful consideration of the record in this case, the Magistrate Judge's Report and Recommendation, and Petitioner's objections thereto, the court hereby **ADOPTS** the Report of the Magistrate Judge. The court further **ACCEPTS** the recommendations of the Magistrate Judge that the motions for summary judgment be granted and this action be **DISMISSED WITH PREJUDICE**.

A separate order in accordance with the Memorandum Opinion will be entered.

**DONE** and **ORDERED** this January 23, 2017.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE